United States Courts Southern
District of Texas
FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

*9/4/2022*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
Vs.
**Rosalinda Vasquez De Hinojosa**

**CRIMINAL COMPLAINT**

Case Number: **2:22-MJ-1001**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 3, 2022** in **Brooks** County, in the
(Date)

Southern District of Texas, defendant, **Rosalinda Vasquez De Hinojosa**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Hector Villarreal**

Continued on the attached sheet and made a part of this complaint:   **X** Yes   ☐ No

Signature of Complainant
**Hector Villarreal**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

September 4, 2022                         at            Corpus Christi, Texas
Date                                                      City and State

**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

### PROBABLE CAUSE / FACTS:

On Saturday, September 3, 2022, a Border Patrol Agent was assigned to work immigration inspection duties at the Falfurrias, Texas United States Border Patrol Checkpoint. At approximately 8:20 p.m., a black 2016 Chevrolet Equinox with Texas license plates approached his lane for an immigration inspection. The driver later identified as Rosa VASQUEZ De Hinojosa rolled down the windows and identified herself as a Lawful Permanent Resident and told the Border Patrol Agent that her passenger later identified as Fernando GONZALEZ-Pizano was a United States citizen. The Border Patrol Agent immediately noticed that VASQUEZ spoke in a high pitched over-eager tone. Based on the Border Patrol Agent's training and experience, he knew that this was a common sign of nervousness. The Border Patrol Agent then asked GONZALEZ if he was a United States citizen. GONZALEZ continued to avoid eye contact with him and did not respond. The Border Patrol Agent then asked GONZALEZ if he preferred the English or Spanish language. VASQUEZ immediately interrupted and stated that they both only spoke Spanish. The Border Patrol Agent continued to conduct the rest of his interview with VASQUEZ and GONZALEZ in the Spanish language. He then asked GONZALEZ if he was a United States citizen, and he began to answer him but was cut off mid-sentence by VASQUEZ who said that he was and handed him a United States birth certificate. He asked GONZALEZ again if he was a United States citizen and GONZALEZ stated he was but could not provide any other form of identification. The Border Patrol Agent noticed that GONZALEZ's eyes got very wide when he spoke to him. He then asked GONZALEZ if he had his wallet on him so he could verify if his name matched with the name on the birth certificate and he patted all his pockets in an exaggerated manner then showed him his hands to indicate he did not have his wallet on him. VAZQUEZ again interjected and stated that GONZALEZ had forgotten his wallet but that his birth certificate was in the Border Patrol Agent's hands. The Border Patrol Agent asked VASQUEZ where they were going, and VASQUEZ said they were going to Houston and coming from Rio Grande City.

The Border Patrol Agent then asked VASQUEZ how she knew GONZALEZ and she stated that they were husband and wife. He then asked how long they had been married and VASQUEZ said 18 years. He then asked VASQUEZ what GONZALEZ's name was, and VASQUEZ told the Border Patrol Agent the full name listed on the birth certificate. The name VASQUEZ provided matched the birth certificate. However, the way VASQUEZ said it the Border Patrol Agent noted it sounded rehearsed and robotic like she had memorized it and practiced saying it. He asked GONZALEZ again if he had anything with his name on it and VASQUEZ cut him off again and wouldn't allow him to answer without interruption. In the Border Patrol Agent's training and experience, this is a common tactic used in alien smuggling events to avoid detection of a subject's illegal status. It was at this point he instructed VASQUEZ to park her vehicle in the secondary inspection area for further immigration inspection.

In secondary, a Border Patrol Agent questioned GONZALEZ as to his citizenship and determined GONZALEZ was a citizen of Mexico with no documentation to remain in the United States. Further investigation revealed that the United States Birth Certificate used in the smuggling attempt belonged to VASQUEZ's husband.

**NOTE:**
VASQUEZ has previously been arrested by Pharr County Department of Public Safety on November 5, 2021, and by Roma Police Department on November 23, 2021 both for smuggling of persons. These cases are still in the held status.

**PRINCIPAL STATEMENT: Rosa VASQUEZ De Hinojosa**
Rosalinda VASQUEZ De HINOJOSA stated she was contacted yesterday, September 2, 2022, by a friend, who she does not know the name of, via her cell phone around 7:30 PM. VASQUEZ De HINOJOSA stated her friend asked her if she could take an illegal alien to Houston, Texas. VASQUEZ De HINOJOSA stated she was offered two thousand dollars for making the trip. She was given a cell phone number to contact people to find the address where she was going to pick up the illegal alien. Today, September 3, 2022, she was instructed to drive to an apartment complex in Roma, Texas to pick up the illegal alien. VASQUEZ De HINOJOSA arrived at the apartment complex at approximately 6:30PM. VASQUEZ De HINOJOSA called the cellphone number she was given to inform her contact that she was outside. VASQUEZ De HINOJOSA stated she saw an adult male approach her vehicle and get inside the passenger side. VASQUEZ De HINOJOSA stated she left Roma, Texas at approximately 7:00 PM and drove towards the Falfurrias Checkpoint without making any other additional stops.

**MAT-WIT STATEMENT: Fernando GONZALEZ-Pizano**
GONZALEZ stated that he crossed the river last Saturday 08/27/22 at night with a group of 3 people. After crossing the Rio Grande River, he was taken to a warehouse where he waited for one week. Today 9/3/22 approximately 4:00pm he was loaded into a car by himself and taken to a different location and loaded into another car. On the way to the second car's location, he was being told by a male individual what to say when he got to the checkpoint. GONZALEZ stated that he was told "Say you are married to this lady ". GONZALEZ stated that since he left the warehouse his eyes were covered so he could not see where he was or where he was going. GONZALEZ stated that he did not have any conversation with Ms. VASQUEZ De Hinojosa on the way up to the checkpoint. He stated that he did not pay Ms. Vasquez any money for this trip but that she was going to take him to Houston, Texas. GONZALEZ stated that he did pay another man (Unknown Identity) $9,000 to get him passed the checkpoint. GONZALEZ stated that he did not get a good look at Ms. VASQUEZ since it was dark.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney's Office who accepted Rosa VASQUEZ De Hinojosa for prosecution of 8 USC 1324, Alien Smuggling. Fernando GONZALEZ-Pizano will be held as material witness in this case.

Hector Villarreal
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on September 04, 2022.

Jason B. Libby
United States Magistrate Judge